```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/06
```

/AJT&C,S,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REMOTE EXTENDERS, INC.,
    Plaintiff,

v.

RADIOSHACK CORPORATION
    Defendant.

Civil Action No. 05 CV 10263 (PKC)

FED R. CIV P. RULE 41 NOTICE
VOLUNTARY DISMISSAL OF
COMPLAINT BY PLAINTIFF

    WHEREAS, on or about March December 6, 2006, Plaintiff Remote Extenders, Inc. filed but did not serve a Complaint in an action for patent infringement arising under the patent laws of the United States, including 35 U.S.C. §271 and §§281-285 against RadioShack Corporation; and

    WHEREAS, the terms of a settlement of the dispute raised by the Complaint have been agreed upon by the Parties;

    WHEREAS, Plaintiff has not served Complaint;

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) Plaintiffs hereby file this Notice of Dismissal for Voluntary Dismissal of this action with prejudice.

Respectfully submitted,
GREENBERG TRAURIG, LLP

By: *Brian M. McGuire*

Albert L. Jacobs, Jr. (AJ-4211)
Brian M. McGuire (BM-5850)
MetLife Building, 200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Plaintiff*
*Remote Extenders, Inc.*

SO ORDERED:

_____
U.S.D.J.

3-24-06